Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

ncT 29 2024

KEVIN P. WEIMER, Clerk
By: _MAA_ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ☑

_____ Division

|  |  |
|---|---|
| Jason Edward Roberts | Case No. **1:24 -CV- 4936** |
|  | *(to be filled in by the Clerk's Office)* |
| _____ |  |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑Yes ☐No |
| -v- |  |
|  |  |
| The City of Austell Georgia, The City of Austell Georgia Police Department, Chief Orrin Scott Hamilton, Deputy Chief Shametta Jones-Harrell, Mayor Ollie Clemons |  |
| _____ |  |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jason Edward Roberts |
| Street Address | 137 Roseberry Lane APT 2422 |
| City and County | Columbia, Richland |
| State and Zip Code | South Carolina, 29223 |
| Telephone Number | 803-521-0078 |
| E-mail Address | jrob851@yahoo.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | The City of Austell Georgia |
| Job or Title *(if known)* | |
| Street Address | 5000 Austell Powder Springs Road |
| City and County | Austell, Cobb County |
| State and Zip Code | Georgia, 30106 |
| Telephone Number | (770) 944-4300 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The City of Austell Georgia Police Department |
| Job or Title *(if known)* | |
| Street Address | 5000 Austell Powder Springs Road |
| City and County | Austell, Cobb County |
| State and Zip Code | Georgia, 30106 |
| Telephone Number | (770) 944-4320 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Orrin Scott Hamilton |
| Job or Title *(if known)* | Police Chief |
| Street Address | 5000 Austell Powder Springs Road |
| City and County | Austell, Cobb County |
| State and Zip Code | Georgia, 30106 |
| Telephone Number | (770) 944-4320 |
| E-mail Address *(if known)* | shamilton@austellga.gov |

Defendant No. 4

| | |
|---|---|
| Name | Shametta Jones-Harrell |
| Job or Title *(if known)* | Deputy Police Chief |
| Street Address | 5000 Austell Powder Springs Road |
| City and County | Austell, Cobb County |
| State and Zip Code | Georgia, 30106 |
| Telephone Number | (770) 944-4320 |
| E-mail Address *(if known)* | sjharrell@austellga.gov |

**Additional Defendants**

Defendant No. 5

Name: Ollie Clemons

Job or Title: Mayor

Street Address: 5000 Austell Powder Springs Road (City Hall)

City and County: Austell, Cobb

State and Zip Code: Georgia, 30106

Telephone Number: 770-944-4300

Email Address: oclemons@austellga.gov

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Austell Police Department |
| Street Address | 5000 Austell Powder Springs Road |
| City and County | Austell, Cobb County |
| State and Zip Code | Georgia, 30106 |
| Telephone Number | (770) 944-4320 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☑    Relevant state law *(specify, if known)*:

16-10-20 False Statements by Government Officials

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 14, 2022 - July 27, 2023

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☑ religion      Christianity
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

The facts of my case are attached. Please see attachment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
October 3, 2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    09/13/2024    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking that the court award me damages for lost wages in the amount of $200,000. I am asking that the court require the defendants to remove the status of "terminated" from my Georgia POST record and reinstate my employment with a promotion. Georgia Code 16-10-20 makes it illegal for a government official to make a false, fictitious, or fraudulent statement or representation. I am asking the court to require that an investigation by the Georgia Bureau of Investigation be launched due to the false, fictitious and fraudulent statements that were written and published about me by the defendants. Lastley I am asking that the court award me $2,000,000.00 in punitive damages for damaging my reputation as a law enforcement professional that has never been demoted or terminated from a position in my 29 year career, public embarrassment and emotional distress caused by the defendants.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/22/24

Signature of Plaintiff

Printed Name of Plaintiff     Jason E. Roberts

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Jason Edward Roberts
Vs.
The Austell Police Department                                          Complaint


Title VII of the Civil Rights Act of 1964 prohibits employment discrimination based on religion, including harassment related to religious beliefs or practices. Religious harassment can include offensive comments, jokes, or behaviors related to an individual's religious beliefs.


I was hired as a Police Captain by Chief Orrin Scott Hamilton on October 10, 2022, for the City of Austell Police Department in Austell, Georgia. Chief Hamilton contacted me, recruited me, and asked me to put in an application to come and work for him at the Austell Police Department. Chief Hamilton stated that he found my resume while looking through the pool of applicants that had applied for the Police Chief's position that he had been selected for. I interviewed for the captains' position and was offered the job because Chief Hamilton told me that I was the best candidate out of several that had applied for the position. At that time, I had over twenty-five years of law enforcement experience, serving twenty-three years in the State of South Carolina and two years in the State of Georgia, working for the Cobb County Sheriff's Office. I also served as a Police Chief for the City of Eastover in South Carolina. While employed at the Cobb County Sheriff's Office, I became certified by Georgia Police Officer Standards and Training Council as a peace officer after taking and passing the required tests and mandatory training that was required by Georgia POST.


Before I was hired by Chief Hamilton, I had been a devout Christian for over twenty years and an ordained Christian Minister for over fifteen years. When I accepted the job with

Jason Edward Roberts
Vs.
The Austell Police Department

Complaint

the Austell Police Department, I was the Senior Pastor of a church named Destination Church Atlanta in Marietta, Georgia.

A couple of weeks after starting the position as Police Captain, I observed that the working environment was very hostile and negative. Chief Hamilton would constantly yell and curse at the command staff, consisting of Deputy Chief Shametta Jones-Harrell, Captain Derick Horton, Dawn Murrain (executive assistant) and myself, demeaning and degrading any one of us that did not agree with him. On one occasion, Deputy Chief Harrell called me and began to cry uncontrollably stating that Chief Hamilton had just cursed her out and that she could not take it anymore. I advised Chief Hamilton that Deputy Chief Harrell contacted me and was very upset and crying because of how he had treated her. Chief Hamilton admitted to cursing her out and speaking to her in a harsh manner, all because she did not answer her phone when he called.

On another occasion, Chief Hamilton rode with me to the City Clerk, Ms. Elizabeth's mother's funeral. While at the funeral Chief Hamilton walked to the front of the church and stood there and it appeared that he was watching the video that was being played. I noticed that he stood there a very long time, to the point that it seemed awkward. Later, I asked him about him standing in the front of the church for such an extended period of time. Chief Hamilton laughed and said, "with all those white people in there, I just wanted them to stare at

2 | P a g e

Jason Edward Roberts
Vs.
The Austell Police Department                                    Complaint

my black ass." Chief Hamilton then went on to speak about Deputy Chief Harrell's bad attitude who was also at the funeral and stated that he was glad that I was "here now" because he cannot deal with an office full of women. He said that women keep too much "emotional bullshit going on."

On another occasion, Captain Horton came into my office and met with me because he was very concerned and upset about how Chief Hamilton and Deputy Chief Harrell spoke to me in a demeaning and disrespectful way during a meeting. The disrespectful and demeaning behavior started with Chief Hamilton and Deputy Chief Harrell followed suit. Captain Horton and I would constantly speak about how they were treating us and would discuss strategies on how to deal with their abusive behavior.

Sgt., Dawn Murrain, the former executive assistant to Chief Hamilton has also expressed her grave concerns about Chief Hamilton regarding his behavior to me. Sgt. Murrain told me that she believes that Chief Hamilton suffers from a mental health disability. She told me that he has yelled at her at cursed at her on several occasions and that she could not "take too much more." She further stated that she has observed Chief Hamilton cursing and yelling at Deputy Chief Harrell on several occasions inside of their office because he was frustrated with her performance.

Jason Edward Roberts
Vs.
The Austell Police Department                                    Complaint

While speaking with Chief Hamilton and Deputy Chief Harrell, I made it clear that I was a devout Christian, and I served the church as a Christian Pastor and that I would not be treating the people under my command with disrespect or yelling and cursing at them because my faith teaches otherwise. Soon after, Chief Hamilton and Deputy Chief Harrell began to bully and harass me about being a Christian and a Pastor using hostile and derogatory speech towards me because of it. These remarks about my faith and religion were extremely offensive and unprofessional. On several occasions Chief Hamilton told me to "leave that church shit out of here". He told me that I could not be a Police Captain and a Pastor at the same time. On another occasion Chief Hamilton told me that I needed to stop thinking like a pastor. Chief Hamilton and Deputy Chief Harrell would made jokes about sex in my presence and say, "you better stop talking like that in front of the pastor" and when Deputy Chief Harrell would say something that Chief Hamilton didn't agree with, he would say, "I'm going to get Pastor Roberts to pray for you", and they both would begin to laugh. This made me feel offended and angry. I told them both to stop harassing me about my faith, but I did not take any further action because I knew that I would be fired if I did.

On another occasion, when Chief Hamilton, Deputy Chief Harrell, Captain Horton and I were in a meeting speaking about a young lady that the Chief wanted to hire as our fitness coordinator, Deputy Chief Harrell began to talk about the young lady and said that she was known to have sex with multiple men. I asked for clarification on who this young lady was, and

Jason Edward Roberts
Vs.
The Austell Police Department                                             Complaint

Deputy Chief Harrell told me that I was "holier than thou" and that I needed to stay away from this young lady. After she made that statement, she and Chief Hamilton began to laugh. This statement made me feel offended, angry and disrespected because they were once again being offensive about my religious beliefs. Some of the other offensive statements that Deputy Chief Harrell would say to me was "you need to open your mind, because there are other beliefs" and "you need to read more books about other religions". Some of these statements were made in the presence of Captain Derick Horton.

There was another occasion, during a Command Review Board meeting and we were discussing the truthfulness of one of the applicants. Deputy Chief Harrell said in front of the board that if there's no proof that she did something wrong, that she will "deny it and they will have to prove it." Lt., Troche, Lt., Kearney, and Officer Alex Hays were some of the officer's present at the meeting. Deputy Chief Harrell has also stated several times in meetings with Captain Horton and I, that if she doesn't know something, she is going to pretend or delay until she can find out or learn about it, so that she doesn't appear to be "weak." She advised Captain Horton and I to do the same. These statements made it clear to me that Deputy Chief Harrell did not have integrity and would lie and tell untruths whenever she deemed necessary.

On another occasion, Captain Horton and I were called to a meeting in Deputy Chief Harrell's office. She had a statue of a skeleton in a green dress on her bookshelf. It was the only

5 | Page

Jason Edward Roberts
Vs.
The Austell Police Department                                    Complaint

thing on her bookshelf besides one other souvenir that she had collected. I asked her what kind

of statue it was and she answered, "that's Catrina, from Day of the Dead". When she said this, I

immediately knew what she was talking about because we do not allow our children to

participate in that celebration in school, because it goes against our religious beliefs. I told her

that I am familiar with the day of the dead celebration, and I told her that we do not believe in

it. She continued to speak about it for several minutes and even pulled up a video on her laptop

computer about a Disney movie entitled "Coco" that is about a 12-year-old boy named Miguel

(Gonzalez) who is accidentally transported to the Land of the Dead, where he seeks the help of

his deceased musician great-great-grandfather to return him to his family among the living and

to reverse his family's ban on music. The concept for Coco is inspired by the Mexican holiday

Day of the Dead. This made me feel very uncomfortable. She made it clear that she did not

agree with my beliefs, told me that I needed to be more open. I believe because of my Christian

worldview and beliefs, Deputy Chief Harrell has targeted, treated me unfairly and falsified

statements in order to remove me from my position as Police Captain.

Deputy Chief Harrell has continuously made sexual innuendos and inappropriate

comments in my presence and in the presence of other staff. On one occasion during a staff

meeting, Chief Harrell talked about sticking a hose in her anus and allowing someone to funnel

beer down the tube. She said that you get drunk fast doing it that way. Chief Hamilton, Captain

Jason Edward Roberts
Vs.
The Austell Police Department                                                    Complaint

Horton, Lt. Taylor, and Sgt. Russell were all present and witnessed this incident. Deputy Chief

Harrell claims to also be a Christian, but her actions and behavior do not reflect that to be true.

On or about March 13th I was called to a meeting with the Chief and Deputy Chief. The

Deputy Chief made several false allegations against me and when I attempted to respond, I was

scolded, yelled at and cursed at by the Chief and the Deputy Chief. The Deputy Chief told me

that I needed to learn to "eat crow" and the Chief sided with the Deputy Chief, even though I

told them both that most of their statements were false. This is when they began to retaliate

against me for my religious beliefs.

On March 17, 2023, I was served with a written reprimand in reference to my

performance and transferred to another division. There were at least (6) false allegations in

that reprimand. I provided emails, text messages and other documentation to Chief Hamilton

and Deputy Chief Harrell that proved these allegations were false. Both disregarded the proof

that was given and served me with the reprimand, knowing that it was full of false statements

and untruths. I was punished by transferring me to another division. This was a strategic and

targeted attack against me because of my Christian faith and religious beliefs. In order to make

me pay, they had to lie to accomplish their ultimate goal of terminating me.

Jason Edward Roberts
Vs.
The Austell Police Department                                                                        Complaint

Moving forward, I made sure to go above and beyond to do my job and ensure that everything that I was responsible for was done correctly and on time because I knew that I was being targeted. There was not one task, meeting or project that went lacking. I made sure that I did not leave work until every task that I was given was correct and complete. I took detailed notes and documented all my activities. I left no stone unturned. The accusation that I had performance issues are false, and I have documented proof. I was not terminated due to performance issues but because I was a Christian with morals and values and that did not align with the agenda of Chief Hamilton and Deputy Chief Harrell.

On another occasion, while in my office near the end of April or the beginning of May, at the police building on Joe Jerkins Blvd, Deputy Chief Harrell, after making fun of me about eating a piece of Werther's candy, played a video on her computer and asked me to look at it. She asked me if I had ever seen "this commercial about Werther's Hard Candy." The video contained foul and sexually suggestive language such that said, "put this in your mouth and suck on it hard," and "no, not this cock you filthy fuckwits." I found this extremely offensive, and it made me very uncomfortable. Once again, Deputy Chief Harrell also claims to be a Christian, but this is not how a Christian should carry themselves.

Between May and July 2023 Chief Hamilton took a few weeks of vacation and he also took leave because he had hip replacement surgery. This left Deputy Chief Harrell in command

Jason Edward Roberts
Vs.
The Austell Police Department                                                                    Complaint

as the acting Chief. Deputy Chief Harrell used this time to create a false narrative and lies to

discredit my leadership and command. On July 20th, Deputy Chief called me by phone and told

me that I was being relieved of my command and that my division would be reporting directly

to her. The only explanation that she gave was that she heard that the same things were

happening with my leadership, and she needed to figure out what was going on. On July 21st I

was called in to a meeting with the Chief and the Deputy Chief and I was told that there were

major problems and complaints coming from my staff. There were no names given nor was I

allowed to answer or give a defense for the false accusations that were being alleged. I was

given two choices. Be demoted from a Captain to a police officer with no rank to help run the

Chief's community policing unit or to be terminated. Chief Hamilton told me that he would be

out of town until next Thursday and to take some time off to consider the choices I had been

given. This made absolutely no sense to me, and I could not stand back and allow them to

railroad me with lies and false allegations. I knew that the reason they were targeting me was

because my Christian faith. Instead of embracing our differences, they decided to attack me for

mine.

After I was given these ultimatums from Chief Hamilton, I filed a formal complaint of

discrimination, hostile working environment and sexual harassment with HR on Monday July

24th. I contacted the Human Resources Manager, Michelle Page to make sure that she had

received my complaint. I asked her if my job would be protected and she said yes, because I

Jason Edward Roberts
Vs.
The Austell Police Department                                                          Complaint

filed the complaint before I had been terminated. Since I had be assured by Human Resources

that my job was protected, I advised Chief Hamilton and Deputy Chief Harrell by email that I

would not be accepting a demotion on July 26th. I knew that once a full investigation had taken

place, that the lies and false statements would be exposed and that I would be totally

exonerated. On July 27th, I was called to the Chief's Office and advised that they would be

requesting my termination from the Austell Police Department and took my badge, gun and

credentials.

In the City of Austell, the department head must submit a recommendation for

termination to the Mayor and the Mayor makes the final decision or approval for termination. I

contacted the Mayor's Office and was advised that Mayor Ollie Clemons was aware of the

complaint that I filed. Even though Mayor Clemons was advised and informed about my

complaint of religious discrimination, sexual harassment, and a hostile working environment,

three days before Chief Hamilton submitted his request to terminate me, Mayor Clemons took

no action to protect me. Once an employee makes a complaint of religious discrimination, it is

illegal and against the City of Austell's policy to retaliate against them in any way, especially by

terminating them. Instead of launching an investigation into these allegations, Mayor Clemons

decided to take the word of Chief Hamilton without verifying if any of his statements were

truthful and without completing any type of investigation. The City of Austell and Mayor Ollie

Clemons failed to follow their own policy and retaliated against me and wrongfully terminated

Jason Edward Roberts
Vs.
The Austell Police Department                                      Complaint

me because I filed this complaint against Chief Hamilton and Deputy Chief Harrell. On August 2, 2023, I filed a formal complaint and charge with the Federal EEOC.

It is important to note that the termination documentation that was submitted to Human Resources and to Mayor Clemons contained several false allegations and statements about me. Here is one example out of several that were written;

It was stated by Deputy Chief Harrell that the Terminal Agency Coordinator (TAC) informed me that we were about to be out of compliance with CJIS, but you failed to notify the administration. This caused the department to be out of compliance for two days. When Deputy Chief Harrell asked why you did not inform me, you said you did not know what to do. This is a false and untrue statement. I was notified by the (TAC) Michelle Keener on Tuesday June 27, 2023, at 1:33 PM by email that stated;

EMAIL: Captain, on Friday, June 23, 2023, Deputy Chief and I spoke regarding Lt. Davis and her CJIS GCIC Operator and Security courses. I provided DC with screenshots of Lt. Davis's interactions in the Learning Management System (LMS) and the status of both courses. I advised Deputy Chief that we were not compliant with CJIS due to Lt. Davis not completing either course. I reached out to Anita Williams, who confirmed that there are five (5) days for the user to complete the courses when returning from medical leave and they are consecutive. I asked Anita if Lt. Davis's job role changed and she would not have access to CJIS GCIC, should

11 | P a g e

Jason Edward Roberts
Vs.
The Austell Police Department

Complaint

she still complete the CJIS Network Operator course. She responded no. She then advised that all employees are to take the CJIS Security course, whether they have access or not. As of Friday, 6/23/2023, I was made aware that Lt. Davis will be reassigned to a different position within the city. If she is an employee with the Austell Police Department, we will be counted out of compliance until she completes the security course. The courses should be completed even if she was reassigned but is still an employee. If she is no longer an Austell Police Department employee, I will need the documentation to remove her from our LMS account and the agency roster. As of midnight on June 20, 2023, we are out of compliance. Every day after this date we will continue to be out of compliance until Lt. Davis completes the security course. Captain, please provide this information to Deputy Chief, who requested me to contact Anita for clarification.

On the same day, approximately two hours later, I forwarded the email that I received from Michelle Keener at 3:27 PM to Deputy Chief Harrell that stated;

EMAIL: Per the email below from Michelle, Lt. Davis still needs to complete the CJICS Security Course as long as she is an employee with the Police Dept. Otherwise, we are out of compliance with the GCIC/CJICS standards. This email is proof that Deputy Chief Harrell was well aware of this situation.

Jason Edward Roberts
Vs.
The Austell Police Department                                    Complaint

Deputy Chief Harrell and I had communicated multiple times on multiple different occasions about the status of Lt. Davis by phone, text and in-person.

As you can see from ~~one of~~ the email above, Deputy Chief Harrell decided to lie on me, so that I would be terminated, because of my religious beliefs as a Christian police officer. I am a Christian and I am a police officer. I do not believe that I must forsake one for the other. Chief Hamilton and Deputy Chief Harrell through statements of their own believe that a person must be one or the other, but both are not acceptable to them.

Chief Hamilton, nor Deputy Chief Harrell can point to one incident where I have not completed a task, directive or assignment. They cannot provide one example with proof of a time where I misapplied or misinterpreted a Georgia law. Chief Hamilton or Deputy Chief Harrell cannot give you one example with proof of a department policy that I violated. Chief Hamilton and Deputy Chief Harrell stated that I had a lack of knowledge of traffic stop procedures. This is false and they cannot give you one example of when I displayed a lack of knowledge for traffic stop procedures. They stated that I mishandled instructions relating to the issuance of parking tickets. This statement is false and untrue. Evidence that this was not true was given to Deputy Chief Harrell in the form of copies of text messages between Lt. Alfredo Troche and me. Chief Hamilton and Chief Harrell stated that I failed to provide adequate guidance to the departments new 911 supervisor Shonterie Jones. This statement is false and

13 | Page

Jason Edward Roberts

Vs.

The Austell Police Department                                                    Complaint

untrue. I provided significant guidance to the 911 supervisor, through meetings, phone calls, text messages and even enrolling her in supervision courses. I also teamed her up with other local 911 supervisors to assist her in areas that I had no training or experience. Evidence of this was provided to Deputy Chief Harrell and Chief Hamilton through copies of email communications. Chief Hamilton and Deputy Chief Harrell stated that I failed to act safely during the execution of a search warrant. This statement is false and untrue. It was said by an unknown individual that I walked in the path of firearms that were drawn. During that incident, I advised the other officers on the scene of what my intentions were and instructed them to stand down. I did not recklessly walk in front of anyone with a firearm. I reviewed the body camera footage from this incident, and it clearly shows that this accusation is false. I provided the date, time and body camera information to Chief Hamilton and Deputy Chief Harrell and they ignored it.

Chief Hamilton and Chief Harrell went on to state in their position statement that was provided to the EEOC that during my brief tenure in the Support and Administration Division, Charging Party continued to struggle with his managerial duties and complaints continued to roll in from his subordinates. Chief Hamilton nor Deputy Chief Harrell named any of my so-called subordinates that provided these alleged complaints. Some of the alleged complaints from unidentified staff were: (1) a lack of clear communication from Charging Party; (2) that they felt like they were not being heard; (3) that they did not have confidence in their superior;

Jason Edward Roberts
Vs.
The Austell Police Department                                                    Complaint

and (4) that there was an overall sense that Charging Party was incompetent. Other complaints

included Charging Party's apparent lack of urgency, failing to address or resolve conflict among

staff, and being indecisive or nervous when making decisions. Chief Hamilton or Deputy Chief

Harrell did not provide one written statement or name of any staff member from which these

that these alleged complaints "continued to roll in from". Accusations of this nature are

extremely serious. The Austell Police Department has an Internal Affairs Division that should

have been able to investigate these allegations, collect evidence and witness statements. Even

if Chief Hamilton or Deputy Chief Harrell were uncomfortable with our Internal Affairs Unit

handling this, they could have and should have requested the help of an outside agency to

assist. Chief Hamilton and Chief Harrell did not order an investigation, gather evidence or take

witness statements because they did not want the truth to come out. The truth is that both

Chief Hamilton and Deputy Chief Harrell lied on me and allowed false statements and

accusations against me, because they did not want me to be a part of the Austell Police

Department due to my Christianity and religious beliefs. The only way that they could make

that happen was they needed to lie in order to demote me or terminate me.

After I was terminated, Chief Hamilton sent an email out to the entire Austell Police

Department informing them of my termination. He also notified Georgia POST and added the

status of "terminated" to my employment file. Chief Hamilton went a step further and

Jason Edward Roberts
Vs.
The Austell Police Department                                                    Complaint

contacted other individuals outside of the Austell Police Department including Sheriff Craig

Owens of the Cobb County Sheriff's Office, my former employer and advised them that I was

terminated because I could not handle the position.

In the City of Austell's response to the charge that I filed with the EEOC Chief Hamilton

and Deputy Chief Harrell both admitted to making derogatory and offensive comments to me

about my religious beliefs.

The proposal for termination paperwork that was submitted to Austell Human

Resources and to Mayor Ollie Clemons are also full false statements and untruths written by

Deputy Chief Harrell and supported by Chief Hamilton. None of the statements that are written

in my Disciplinary Action Recommendation have been corroborated or investigated for

truthfulness. If a manager was as bad as they say that I was, there should be clear proof and

evidence. I can tell you, without hesitation that there is none. I am not attempting to appear to

be perfect. I have made mistakes, but I have always been willing to accept responsibility for my

actions. Chief Hamilton and Deputy Chief Harrell have used their power and influence to lie on

me, defame me and cause my character and professionalism as a law enforcement to be

damaged beyond repair. The reason that they did this is because Chief Hamilton and Deputy

Chief Harrell do not believe that a person can be a Christian, a Pastor and a Police Officer at the

same time as evidenced by the below statement written by Attorney John D.

16 | P a g e

Jason Edward Roberts
Vs.
The Austell Police Department                                             Complaint

Bennett, the attorney representing the City of Austell in this matter;

(Regarding the allegations that comments were made bout the need to "keep that church shit out of here" and the need to avoid acting like a pastor "around the department," both the Chief and Deputy Chief admitted to saying something along those lines.)

I am a Christian, a Pastor and a Police Officer with morales and character. Chief Hamilton and Deputy Chief Harrell believed that I needed to be either a Christian, a Pastor, or a Police Officer but in their eyes, I could not do it all at the same time. They both made it clear that I needed to keep the "church shit" out of the Austell Police Department and because I stuck to my Christian values and beliefs, they forced me to keep the "church shit" out of their police department by recommending my termination. Mayor Ollie Clemons, the person that could have and should have protected me, retaliated against me by approving my termination, even though he was fully aware that I reported the sexual harassment, religious discrimination and a hostile working environment days before the termination request was submitted. The City of Austell has a Strong Mayor form of government and Mayor Clemons is the Chief Executive Officer. It was his responsibility to protect me as a City of Austell employee and a victim of sexual harassment, religious discrimination and a hostile working environment. Mayor Clemons was derelict in his duties and terminated my employment. It should be noted that I

Jason Edward Roberts
Vs.
The Austell Police Department                                    Complaint

started working at the age of twelve and have never in my life been fired or terminated from a job. This action by the Austell Police Department, the City of Austell, Police Chief Orrin Scott Hamilton, Deputy Chief Shametta Jones Harrell and Mayor Ollie Clemons was unjust, has caused me shame, has tarnished my law enforcement record, has embarrassed me, has caused me stress and anxiety, has caused my family stress and anxiety, has caused my family and I to be in financial hardship, has forced me to loose wages and has taken my dignity as a 29 year law enforcement veteran. For these reasons I am seeking the below listed relief.

I am asking that the court award me damages for lost wages in the amount of $200,000. I am asking that the court require the defendants to remove the status of "terminated" from my Georgia POST record and reinstate my employment with a promotion. Georgia Code 16-10-20 makes it illegal for a government official to make a false, fictitious, or fraudulent statement or representation. I am asking the court to require that an investigation by the Georgia Bureau of Investigation be launched due to the false, fictitious and fraudulent statements that were written and published about me by the defendants on. Lastly I am asking that the court award me $2,000,000.00 in punitive damages for damaging my reputation as a law enforcement professional that has never been demoted or terminated from a position in my 29-year career, public embarrassment and emotional distress caused by the defendants.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/13/2024

**To:** Mr. Jason Roberts
1646 Samantha Place SW
MARIETTA, GA 30008
Charge No: 410-2023-10304

EEOC Representative and email:    KHANH TRAN
Federal Investigator
khanh.tran@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-10304.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/13/2024

Darrell E. Graham
District Director